UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPITAL VENTURES INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK COMMERCE, INC.; DWAYNE M. WALKER, Individually and as Chairman of the Board of Directors, Chief Executive Officer and Chief Operating Officer of Network Commerce, Inc.; ALAN D. KOSLOW, Individually and as the Former Executive Vice-President, Chief Financial Officer, General Counsel and Secretary of Network Commerce, Inc.,<br>Defendants. | Case No. C02-682RSL<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR PERMISSION TO FILE OVERLENGTH MOTION FOR SUMMARY JUDGMENT |

THIS MATTER came before the Court on "Defendants' Motion For Permission To File Overlength Motion For Summary Judgment" (Dkt. # 237), filed pursuant to Local Rule 7(f). The Court has considered Motion and rules as follows:

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Defendants are entitled to file a motion for summary judgment on the reduction in force claim asserted in the Third Amended Complaint of up to 32 pages. Plaintiff's is entitled to an equal

ORDER GRANTING PERMISSION TO FILE
OVERLENGTH MOTION FOR SUMMARY
JUDGMENT ON THE RIF CLAIM - 1
Case No. C02-682L

number of additional pages and may file an opposition memorandum of up to 32 pages. Defendants' reply shall not exceed one half of the number of pages utilized by the plaintiff in response.

This order does not preclude defendants from filing separate, timely motions for summary judgment regarding issues other than the reduction of force claim asserted in the Third Amended Complaint.

DATED this 1st day of June, 2006.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING PERMISSION TO FILE
OVERLENGTH MOTION FOR SUMMARY
JUDGMENT ON THE RIF CLAIM - 2
Case No. C02-682L