UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAPITAL VENTURES INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK COMMERCE, INC., *et al.*,<br><br>Defendants. | Case No. C02-0682L<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR OVERLENGTH BRIEF |

THIS MATTER comes before the Court on "Plaintiff Capital Ventures International's Motion For Permission To File Overlength Motion For Summary Judgment" (Dkt. # 240), filed pursuant to Local Rule 7(f). The Court has considered Motion and rules as follows:

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Plaintiff is entitled to file a motion for summary judgment of up to 32 pages on the affirmative defenses asserted in the Answer to the Third Amended Complaint. Defendants are entitled to an equal number of additional pages and may file an opposition memorandum of up to 32 pages. Plaintiff's reply shall not exceed one half of the number of pages utilized by the defendants in response.

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE OVERLENGTH MOTION

1   This order does not preclude plaintiff from filing separate, timely motions
2 for summary judgment regarding issues other than the affirmative defenses asserted in
3 the Answer to the Third Amended Complaint.

DATED this 6th day of June, 2006.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO FILE OVERLENGTH MOTION -2-